UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yong Sub Lee<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Car Magic Auto Repair, Inc., David Je and Kwan Kyu Son<br><br>　　　　　Defendants, | Index No. 20-CV-2957<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

　　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Yong Sub Lee, through his counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s) Car Magic Auto Repair, Inc., David Je and Kwan Kyu Son.


Date: October 16, 2020

Respectfully submitted,

By:　 /s/ Ryan J. Kim
Attorney for Plaintiff


Ryan J. Kim, Esq.
Ryan Kim Law
222 Bruce Reynolds Blvd
Suite 490
Fort Lee, NJ 07024
ryan@RyanKimLaw.com

1