UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yong Sub Lee<br><br>          Plaintiff,<br><br>v.<br><br>Car Magic Auto Repair, Inc., David Je and Kwan Kyu Son<br><br>          Defendants, | Index No. 20-CV-2957<br><br><br>**ORDER OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it is hereby ORDERED that all claims in this matter are dismissed without prejudice and that each party will bear their respective attorney fees and costs.

**SO ORDERED,** this _____16th_____ day of October, 2020.

                                                                          ___Kiyo A. Matsumoto, USDJ_____
                                                                          Kiyo A. Matsumoto
                                                                          United States District Judge
                                                                          Eastern District of New York